91 F.3d 133
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Roosevelt TAYLOR, Jr., Plaintiff--Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
John D. Simpson; Dennis M. Titus; Greg Walker; Kenneth
A. Williamson; John Womack; Robert F. Alston; Gary
Newell; David P. Selby; Jesse M. Hale; Terrance M. Seay, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants--Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Dennis Michael TITUS, Plaintiff--Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
Terrance M. Seay; John D. Simpson; Roosevelt Taylor, Jr.;
Greg Walker; Kenneth A. Williamson; John Womack; Robert
F. Alston; Gary Newell; David P. Selby; Jesse M. Hale, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Clarence E. JONES, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Paul Lee
Martin; Andre Mock; Steve M. Perry; Ronald L. Porter;
David A. Richardson; Earnest Russell-El; Terrance M. Seay;
John D. Simpson; Roosevelt Taylor, Jr.; Greg Walker;
Kenneth A. Williamson; John Womack; Robert F. Alston;
Gary Newell; David P. Selby; Dennis M. Titus; Jesse M.
Hale, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Terrance M. SEAY, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
John D. Simpson; Roosevelt Taylor, Jr.; Dennis M. Titus;
Greg Walker; Kenneth A. Williamson; John Womack; Robert
F. Alston; Gary Newell; David P. Selby; Jesse M. Hale, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants--Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
John David SIMPSON, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
Jesse M. Hale; David W. Head; Dock W. Hill-Bey; Xuan Ho;
Clarence E. Jones; Paul Lee Martin; Andre Mock; Steve M.
Perry; Ronald L. Porter; David A. Richardson; Earnest
Russell-El; Terrance M. Seay; Roosevelt Taylor, Jr.;
Dennis M. Titus; Greg Walker; Kenneth A. Williamson; John
Womack; Robert F. Alston; Gary Newell; David P. Selby, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Gregory WALKER, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
Jesse M. Hale; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
Terrance M. Seay; John D. Simpson; Roosevelt Taylor, Jr.;
Dennis M. Titus; Kenneth A. Williamson; John Womack;
Robert F. Alston; Gary Newell; David P. Selby, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Robert Lee CONNER, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Johnny
Dawson; Thomas A. Elkins; Donald W. Gary; Jesse M. Hale;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
Terrance M. Seay; John D. Simpson; Roosevelt Taylor, Jr.;
Dennis M. Titus; Greg Walker; Kenneth A. Williamson;
John Womack; Robert F. Alston; Gary Newell; David P.
Selby, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Thomas Allen ELKINS, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Donald W. Gary; Jesse M. Hale;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
Terrance M. Seay; John D. Simpson; Roosevelt Taylor, Jr.;
Dennis M. Titus; Greg Walker; Kenneth A. Williamson;
John Womack; Robert F. Alston; Gary Newell; David P.
Selby, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Ronald L. PORTER, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Jimmie Conner; Robert L.
Conner; Johnny Dawson; Thomas A. Elkins; Donald W. Gary;
Jesse M. Hale; David W. Head; Dock W. Hill-Bey; Xuan Ho;
Clarence E. Jones; Paul Lee Martin; Andre Mock; Steve M.
Perry; David A. Richardson; Earnest Russell-El; Terrance
M. Seay; John D. Simpson; Roosevelt Taylor, Jr.; Dennis
M. Titus; Greg Walker; Kenneth A. Williamson; John
Womack; Robert F. Alston; Gary Newell; David P. Selby, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Charles CLARKE, Plaintiff-Appellant,
and
Roosevelt Taylor, Jr.; Charles C. Atkins; Reuben
Barksdale, Sr.; Mark Blain; Phillip Boyd; Jimmie Conner;
Robert L. Conner; Johnny Dawson; Thomas A. Elkins; Donald
W. Gary; David W. Head; Dock W. Hill-Bey; Xuan Ho;
Clarence E. Jones; Paul Lee Martin; Andre Mock; Steve M.
Perry; Ronald L. Porter; David A. Richardson; Earnest
Russell-El; Terrance M. Seay; John D. Simpson; Dennis M.
Titus; Greg Walker; Kenneth A. Williamson; John Womack;
Robert F. Alston; Gary Newell; David P. Selby; Jesse M.
Hale, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Jimmie CONNER, Plaintiff-Appellant,
and
Charles C. Atkins; Reuben Barksdale, Sr.; Mark Blain;
Phillip Boyd; Charles Clarke; Robert Lee Conner; Johnny
Dawson; Thomas A. Elkins; Donald W. Gary; Jesse M. Hale;
David W. Head; Dock W. Hill-Bey; Xuan Ho; Clarence E.
Jones; Paul Lee Martin; Andre Mock; Steve M. Perry;
Ronald L. Porter; David A. Richardson; Earnest Russell-El;
Terrance M. Seay; John D. Simpson; Roosevelt Taylor, Jr.;
Dennis M. Titus; Greg Walker; Kenneth A. Williamson;
John Womack; Robert F. Alston; Gary Newell; David P.
Selby, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Charles C. ATKINS, Plaintiff-Appellant,
and
Reuben Barksdale, Sr.; Mark Blain; Phillip Boyd; Charles
Clarke; Robert L. Conner; Johnny Dawson; Thomas A.
Elkins; Donald W. Gary; Jesse M. Hale; David W. Head;
Dock W. Hill-Bey; Xuan Ho; Clarence E. Jones; Paul Lee
Martin; Andre Mock; Steve M. Perry; Ronald L. Porter;
David A. Richardson; Earnest Russell-El; Terrance M. Seay;
John D. Simpson; Roosevelt Taylor, Jr.; Dennis M. Titus;
Greg Walker; Kenneth A. Williamson; John Womack; Robert
F. Alston; Gary Newell; David P. Selby; Jimmie Conner, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
Paul Lee MARTIN, Plaintiff-Appellant,
and
Roosevelt Taylor, Jr.; Charles C. Atkins; Reuben
Barksdale, Sr.; Mark Blain; Phillip Boyd; Charles Clarke;
Jimmie Conner; Robert L. Conner; Johnny Dawson; Thomas
A. Elkins; Donald W. Gary; David W. Head; Dock W.
Hill-Bey; Xuan Ho; Clarence E. Jones; Andre Mock; Steve
M. Perry; Ronald L. Porter; David A. Richardson; Earnest
Russell-El; John D. Simpson; Dennis M. Titus; Greg
Walker; Kenneth A. Williamson; John Womack; Robert F.
Alston; Gary Newell; David P. Selby; Jesse M. Hale;
Terrance M. Seay, Plaintiffs,
v.
Donald R. GUILLORY, Warden Powhatan Correctional Center;
William Welch, Hospital Administrator Prison Medical Unit;
Leon M. Dixon, M.D., Prison Medical Unit; David W. Barnes,
M.D., Prison Medical Unit, Defendants-Appellees,
and
Ronald Angelone, Director, Virginia Department of
Corrections; Balvir L. Kapil, M.D., Prison
Medical Unit, Defendants.
 Nos. 96-6477, 96-6500, 96-6503, 96-6498, 96-6501, 96-6504,
96-6499, 96-6502, 96-6505, 96-6568, 96-6569,
96-6618, 96-6729.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 20, 1996.
Decided July 9, 1996.
 
 Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-95-744)
 Roosevelt Taylor, Jr., Dennis Michael Titus, Clarence E. Jones, Terrance M. Seay, John David Simpson, Gregory Walker, Robert Lee Conner, Thomas Allen Elkins, Ronald L. Porter, Charles Clarke, Jimmie Conner, Charles C. Atkins, Paul Lee Martin, Appellants Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.
 E.D.Va.
 AFFIRMED.
 Before HALL, WILKINS, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellants filed a complaint under 42 U.S.C. § 1983 (1988), claiming that their Eighth Amendment rights were violated because they were exposed to histoplasmosis. The district court conducted a hearing and granted summary judgment in Appellees' favor for the reasons stated from the bench. Appellants appeal from the court's order. We have reviewed the record and the district court's statements from the bench. The court properly found that Appellants failed to show that Appellees were deliberately indifferent to a risk of infection. See Farmer v. Brennan, --- U.S. ----, 62 U.S.L.W. 4446, 4448-50 (U.S. June 6, 1994) (No. 92-7247). Accordingly, we affirm on the reasoning of the district court. Taylor v. Guillory, No. CA-95-744 (E.D.Va. Mar. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.